Case 2:26-mj-10093-MAH Document 1 Filed 06/29/26 Page 1 of 7 PageID: 1

2025R00605/CSS/VDR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| | : | |
| v. | : | Mag. No. 26-10093 |
| | : | |
| JOSEPH R. RIZOS | : | **CRIMINAL COMPLAINT** |

I, Breyana Mason, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**SEE ATTACHMENT A**

I further state that I am a Special Agent with Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached page and made a part hereof.

/s/ Breyana Mason

Breyana Mason, Special Agent
Federal Bureau of Investigation

*Special Agent Breyana Mason attested to this Affidavit by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on June 29, 2026, in the District of New Jersey.*

/s/ Michael A. Hammer

Honorable Michael A. Hammer
United States Magistrate Judge

## ATTACHMENT A

### COUNT 1
**(Unlawful Receipt of Explosive Material)**

On or about June 24, 2026, in Morris County, in the District of New Jersey, and elsewhere, the defendant,

**JOSEPH R. RIZOS,**

not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly received explosive materials.

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a)(1).

**COUNT 2**
**(Unlawful Storage of Explosive Material)**

On or about June 24, 2026, in Morris County, in the District of New Jersey, and elsewhere, the defendant,

**JOSEPH R. RIZOS,**

knowingly stored explosive materials in a manner not in conformity with regulations promulgated by the Attorney General pursuant to Title 18, United States Code, Section 847.

In violation of Title 18, United States Code, Sections 842(j) and 844(b).

## <u>COUNT 3</u>
## (Unlawful Possession of Plastic Explosives Without a Detection Agent)

On or about June 24, 2026, in Morris County, in the District of New Jersey, and elsewhere, the defendant,

**JOSEPH R. RIZOS,**

knowingly received and possessed plastic explosives, namely C-4, that did not contain a detection agent.

In violation of Title 18, United States Code, Sections 842(n)(1) and 844(a)(1).

# ATTACHMENT B

I, Breyana Mason, am a Special Agent with the Federal Bureau of Investigation. The information contained in the Complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including video surveillance, documents and physical evidence. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, the defendant, JOSEPH R. RIZOS ("RIZOS"), was a resident of Denville, New Jersey. RIZOS lived in a residential neighborhood in a house with his relatives.

2. An investigation conducted by the FBI, the Drug Enforcement Administration, and state law enforcement agencies has shown that RIZOS has, from at least as early as in or around April 2020 through in or around June 2026, purchased and received explosive materials and other items, including oxidizers, fuels, precursors, fuses, laboratory equipment, and other explosive materials, from various online retailers.

3. On or about June 24, 2026, law enforcement lawfully searched RIZOS's residence and recovered in RIZOS's bedroom, basement, and garage the following items, among others, that RIZOS had received:

a. A sophisticated home laboratory and laboratory equipment that included, among other items, beakers, flasks, a three-neck round bottom flask, columns, cylinders, funnels, separatory funnels, test tubes, vials, stirring rods, stirring heating mantles, thermometers, temperature sensors, a vacuum oven, and other industrial-sized chemistry glassware;

b. Numerous detailed recipes to manufacture multiple types of explosives; and

c. A wide variety and significant quantities of suspected industrial and pharmaceutical grade chemicals, including oxidizers, fuels, metals, acids, flammables, poisons, caustics and other substances, such as, for example, ammonium nitrate, sodium nitrate, potassium nitrate, tannerite, red phosphorous, white phosphorous, acetic anhydride,

Case 2:26-cr-00577-CCC Document 1 Filed 06/29/26 Page 6 of 7 PageID: 6

salicylic acid powder, sodium azide, phenol, lead acetate, ammonium perchlorate, potassium chloride, potassium nitrate, potassium perchlorate, lead oxide, lead nitrate, strontium nitrate, barium peroxide, barium nitrate, nitric acid, potassium permanganate.

4. During the search of RIZOS's residence, law enforcement recovered from RIZOS's bedroom, among other items, containers of suspected explosives.

5. One of the containers from RIZOS's bedroom was labeled "Comp C-4" and "1038g." A sample of the container field tested positive for RDX Wet. Based on my training and experience, C-4 is a plastic explosive that is commonly comprised of RDX. Because detecting C-4 is difficult, manufacturers of C-4 must include a detection agent to assist canines and other equipment in detecting it. Based on my training and experience, individuals who make C-4 in their homes or on their own often do not mix in detection agents, in an effort to disguise their explosives from law enforcement.

6. Based on field tests performed on some of the substances recovered from RIZOS's residence, law enforcement confirmed that the substances were consistent with explosives, namely, C-4, Royal Demolition eXplosive (commonly known as "RDX"), trinitrotoluene (commonly known as "TNT"), dinitrotoluene (commonly known as "DNP"), ammonium nitrate aluminum, sodium azide, lead azide, picric acid, pentaerythritol tetranitrate (commonly known as "PETN"), black powder, lead typhnate, mercury fulminate, nitroglycerin, and nitrocellulose.

7. On or about June 24, 2026, law enforcement also lawfully searched a shed adjacent to RIZOS's residence and garage, which contained a crate of approximately 109 individual containers of suspected explosives. A handwritten note in the crate, as shown below, appeared to identify four explosives in the containers, including 1,007 grams of TNT, 546 grams of picric acid, 207 grams of pentaerythritol tetranitrate , and 1,020 grams of RDX.



8. RIZOS did not hold a license or permit from the Attorney General to receive any explosive materials.

9. RIZOS did not store the explosive material in a manner that conformed with regulations promulgated by the Attorney General, as the explosive materials were not stored in locked buildings or structures meeting certain construction requirements, to include ventilation and bullet-, fire-, weather-, and theft-resistances. RIZOS's residence, garage, and shed did not meet these requirements.