**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

November 13, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States v. Joseph R. Rizos*

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Joseph R. Rizos with unlawful receipt of explosive materials, in violation of 18 U.S.C. §§ 842(a)(3)(A) and 844(a)(1); unlawful storage of explosive materials, in violation of 18 U.S.C. §§ 842(j) and 844(b); and unlawful possession of plastic explosives without a detection agent, in violation of 18 U.S.C. §§ 842(n)(1) and 844(a)(1). The Information and cover sheet are enclosed.

Very truly yours,

ROBERT FRAZER
United States Attorney

By: Casey S. Smith
Vincent D. Romano
Assistant U.S. Attorneys